BRYAN v. RICHARD DEEVES & SON. (No. 5976.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Trial Term, First Department. Action by William J. Bryan against Richard

Deeves & Son. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered. See, also, 147 N. Y. Supp. 1101. Edward P. Mowton, of New York City, for appellant. Henry Waldman, of New York City, for respondent.

PER CURIAM. The verdict of the jury, in so far as it found that there had been any removal of the plank, was against the weight of evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.